1  Leslie Bryan Hart, Esq. (SBN 4932)
   John D. Tennert, Esq. (SBN 11728)
2  FENNEMORE CRAIG, P.C.
   300 E. Second St., Suite 1510
3  Reno, Nevada 89501
   Tel: 775-788-2228   Fax: 775-788-2229
4  lhart@fclaw.com; jtennert@fclaw.com

5  (*Pro Hac Vice* to be submitted)
   Asim Varma, Esq.
6  Howard N. Cayne, Esq.
   Michael A.F. Johnson, Esq.
7  ARNOLD & PORTER LLP
   555 12th Street NW
8  Washington, DC 20004
   Tel: (202) 942-5000   Fax: (202) 942-5999
9  Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com

10 *Attorneys for Proposed Intervenor Federal Housing Finance Agency*

11
                    **UNITED STATES DISTRICT COURT**
12                      **DISTRICT OF NEVADA**

13 FIRST 100, LLC,                          CASE NO.: 2:15-cv-01303-APG-PAL

14               Plaintiff,

   vs.
15                                          **STIPULATION TO ENTRY OF ORDER**
                                            **AND [PROPOSED] ORDER**
16 FEDERAL HOME LOAN MORTGAGE               **PERMITTING FEDERAL HOUSING**
   CORP.; and ALEXANDRE DUPRE, LLC,         **FINANCE AGENCY TO INTERVENE AS**
17               Defendants.                **CONSERVATOR OF THE FEDERAL**
                                            **HOME LOAN MORTGAGE CORP.**
18 FEDERAL HOME LOAN MORTGAGE
   CORP.,
19
                 Counterclaimant,
20
   vs.
21
   FIRST 100, LLC,
22
                 Counter-Defendant.
23

24         1.      The Federal Housing Finance Agency ("FHFA" or "Conservator"), as

25 Conservator for Defendant Federal Home Loan Mortgage Corp. ("Freddie Mac"), seeks to

26 intervene in the above-captioned action pursuant to 12 U.S.C. § 4617(b)(2)(A)(i) and Fed. R.

27 Civ. P. 24.

28 ///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

2.   On September 6, 2008, FHFA's Director appointed the FHFA Conservator of the Federal National Mortgage Association ("Fannie Mae") and Freddie Mac in accordance with the Housing and Economic Recovery Act of 2008, Pub. L. 110-289, 122 Stat. 2654 (codified at 12 U.S.C.§ 4617) ("HERA"), and the Federal Housing Enterprises Financial Safety and Soundness Act of 1992 (12 U.S.C. § 4501, et. seq.).

3.   The FHFA, as Conservator, has succeeded to "all rights, titles, powers, and privileges" of Freddie Mac, including its right to sue and be sued in the federal courts. *See* 12 U.S.C. § 4617(b)(2)(A)(i).

4.   Accordingly, FHFA asserts that it has an unconditional federal statutory right to intervene in this matter, *see* Fed. R. Civ. P. 24(a)(1), and to assert its interests in a manner consistent with the Conservator's powers and duties.

5.   Pursuant to Fed. R. Civ. P. 24(c), FHFA attaches as **Exhibit A** its intended Answer.

## STIPULATION

FHFA and Plaintiff/Counter-Defendant First 100, LLC, through their attorneys of record, hereby stipulate and request that the Court make this stipulation an order of the Court:

///

///

///

///

///

///

///

///

///

///

The FHFA shall be permitted to intervene in the above-referenced action pursuant to 12 U.S.C. § 4617(b)(2)(A)(i) and Fed. R. Civ. P. 24.

DATED this 28th day of August, 2015.

**WEIL & DRAGE, APC**

By:     /s/  C. Robert Peterson
     C. Robert Peterson, Esq. (SBN 11680)
     2500 Anthem Village Drive
     Henderson, NV  89052
     Tel: 702-314-1905  Fax: 702- 314-1909
     bpeterson@weildrage.com

*Attorneys for Plaintiff/Counter-Defendant First 100, LLC*

**FENNEMORE CRAIG, P.C.**

By:     /s/  Leslie Bryan Hart
     Leslie Bryan Hart, Esq. (SBN 4932)
     John D. Tennert, Esq. (SBN 11728)
     300 E. Second St., Suite 1510
     Reno, Nevada 89501
     Tel: 775-788-2228   Fax: 775-788-2229
     lhart@fclaw.com;   jtennert@fclaw.com

*Attorneys for Proposed Intervenor Federal Housing Financing Agency*

**AKERMAN LLP**

By: /s/ Darren T. Brenner
     Darren T. Brenner, Esq. (SBN 8386)
     Tenesa S. Scaturro, Esq. (SBN 12488)
     1160 Town Center Drive, Suite 330
     Las Vegas, Nevada 89144
     Tel: (702) 634-5000  Fax: (702) 380-8572
     darren.brenner@akerman.com;
     william.habdas@akerman.com

*Attorney for Defendant/Counterclaimant Federal Home Loan Mortgage Corp.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 28, 2015

10749436.1

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200