UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FIRST 100, LLC, | Case No. 2:15-cv-01303-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendants. | |

Before the court is Defendant Federal Home Loan Mortgage Corporation's Notice of Disassociation of Counsel (Dkt. #20) filed September 26, 2015. Attorney Darren Brenner of Akerman LLP advises that Tenesa S. Scaturro, who has made an appearance in this matter, is no longer associated with Akerman LLP, and requests to have her removed from receiving future notices of this matter in CMECF, and further requests to have Matthew Knepper of Akerman LLP receive future notices of this matter in CMECF. As Mr. Brenner is still counsel of record for Defendants Federal Home Loan Mortgage Corporation, this change will not cause any delay for pretrial proceedings, discovery, the trial, or any hearing in this case.

**IT IS SO ORDERED**.

DATED this 7th day of October, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1