NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV  89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
jmartinez@weildrage.com
Attorneys for Plaintiff/Counter-defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100, LLC, | Case No.: 2:15-cv-01303-APG-PAL |
| Plaintiff, | |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORP.; and ALEXANDRE DUPRE, LLC, | **STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S OPPOSITION DEADLINE** |
| Defendants. | **[FIRST REQUEST]** |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal Home Loan Mortgage Corp., | |
| Intervenor. | |
| FEDERAL HOME LOAN MORTGAGE CORP.; and FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal Home Loan Mortgage Corp., | |
| Counter-claimants, | |
| vs. | |
| FIRST 100, LLC, | |
| Counter-defendant. | |

{00952576;1}

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

## STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S OPPOSITION DEADLINE

### [First Request]

Pursuant to LR 6-1, Plaintiff FIRST 100, LLC ("Plaintiff"), Defendant FEDERAL HOME LOAN MORTGAGE CORP. ("FHLM") and Intervenor FEDERAL HOUSING FINANCE AGENCY ("FHFA") (FHLM and FHFA are collectively referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to continue Plaintiff's Opposition deadline to Defendants' Motion for Summary Judgment [Dkt. 32], filed on January 11, 2016, as follows:

On January 11, 2016, Defendants filed their Motion for Summary Judgment [Dkt. 32]. On January 25, 2016, this Court issued an Order granting the Parties' Stipulation to Stay Discovery [Dkt. 35] pending the outcome of Defendants' Motion for Summary Judgment. Plaintiff's Opposition to Defendants' Motion for Summary Judgment [Dkt. 32] is currently due February 4, 2016. Due to the nature and potential impact of Defendants' Motion for Summary Judgment, as well as scheduling issues for Plaintiff's counsel, additional time is needed to formulate an Opposition.

///

///

///

{00952576;1}

Defendants have agreed to extend Plaintiff's Opposition deadline to allow Plaintiff to file a response on or before **March 7, 2016**. Plaintiff believes this extension of time will allow the complex issues presented to be fully briefed and does not anticipate additional time beyond said extension being necessary. The Parties have entered into this stipulation in good faith and not for the purposes of delay.

DATED this 4th day of February, 2016.

| WEIL & DRAGE, APC | AKERMAN LLP |
|---|---|
| /s/ *Jason G. Martinez* | /s/ *Matthew I. Knepper* |
| NEIL B. DURRANT, ESQ.<br>Nevada Bar No. 7324<br>C. ROBERT PETERSON, ESQ.<br>Nevada Bar No. 11680<br>JASON G. MARTINEZ, ESQ.<br>Nevada Bar No. 13375<br>2500 Anthem Village Drive<br>Henderson, Nevada 89052<br>Attorneys for Plaintiff | DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Attorneys for Defendant,<br>Federal Home Loan Mortgage Corporation |

FENNEMORE CRAIG, P.C.

/s/ *Leslie Bryan Hart*
_____
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
JOHN D. TENNERT, ESQ.
Nevada Bar No. 11728
300 E. Second St., Suite 1510
Reno, Nevada 89501
Attorneys for Intervenor,
Federal Housing Finance Agency

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: February 5, 2016

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

{00952576;1}