NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV  89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
jmartinez@weildrage.com
Attorneys for Plaintiff/Counter-defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100, LLC, | Case No.: 2:15-cv-01303-APG-PAL |
| Plaintiff, | |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORP.; and ALEXANDRE DUPRE, LLC, | **STIPULATION AND ORDER TO CONTINUE OPPOSITION AND REPLY DEADLINES** |
| Defendants. | **[SECOND REQUEST]** |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal Home Loan Mortgage Corp., | |
| Intervenor. | |
| FEDERAL HOME LOAN MORTGAGE CORP.; and FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal Home Loan Mortgage Corp., | |
| Counter-claimants, | |
| vs. | |
| FIRST 100, LLC, | |
| Counter-defendant. | |

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

{00969655;1}

**STIPULATION AND ORDER TO CONTINUE OPPOSITION AND REPLY DEADLINES**

**[Second Request]**

Pursuant to LR 6-1, Plaintiff FIRST 100, LLC ("Plaintiff"), Defendant FEDERAL HOME LOAN MORTGAGE CORP. ("FHLM") and Intervenor FEDERAL HOUSING FINANCE AGENCY ("FHFA") (FHLM and FHFA are collectively referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to continue Plaintiff's Opposition deadline to Defendants' Motion for Summary Judgment [Dkt. 32], filed on January 11, 2016, and Defendant's Reply deadline, as follows:

On January 11, 2016, Defendants filed their Motion for Summary Judgment [Dkt. 32]. On January 25, 2016, this Court issued an Order granting the Parties' Stipulation to Stay Discovery [Dkt. 35] pending the outcome of Defendants' Motion for Summary Judgment. On or around February 5, 2016, this Court issued an Order granting the Parties' Stipulation to Continue Plaintiff's Opposition deadline [Dkt. 37] to March 7, 2016. After review of Defendant's Motion for Summary Judgment, and in an effort to avoid unnecessary litigation expenses for all Parties, Plaintiff believes additional time is needed to effectively oppose Defendant's Motion [Dkt. 32].

///

///

///

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

{00969655;1}

Defendants have agreed to extend Plaintiff's Opposition deadline to allow Plaintiff to file a response on or before **April 8, 2016**. Plaintiff believes this extension of time will allow the Parties to resolve minor disputes regarding Defendants' ownership interest in the Property. Plaintiff has agreed to extend Defendants' Reply deadline to allow Defendants to file a reply on or before **May 9, 2016**. The Parties have entered into this stipulation in good faith and not for the purposes of delay.

DATED this 7th day of March, 2016.

| | |
|---|---|
| WEIL & DRAGE, APC | AKERMAN LLP |
| /s/ *Jason G. Martinez* | /s/ *Darren T. Brenner* |
| _____ | _____ |
| NEIL B. DURRANT, ESQ. | DARREN T. BRENNER, ESQ. |
| Nevada Bar No. 7324 | Nevada Bar No. 8386 |
| C. ROBERT PETERSON, ESQ. | MATTHEW I. KNEPPER, ESQ. |
| Nevada Bar No. 11680 | Nevada Bar No. 12796 |
| JASON G. MARTINEZ, ESQ. | 1160 Town Center Drive, Suite 330 |
| Nevada Bar No. 13375 | Las Vegas, Nevada 89144 |
| 2500 Anthem Village Drive | Attorneys for Defendant, |
| Henderson, Nevada 89052 | Federal Home Loan Mortgage Corporation |
| Attorneys for Plaintiff | |

FENNEMORE CRAIG, P.C.

/s/ *Leslie Bryan Hart*
_____
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
JOHN D. TENNERT, ESQ.
Nevada Bar No. 11728
300 E. Second St., Suite 1510
Reno, Nevada 89501
Attorneys for Intervenor,
Federal Housing Finance Agency

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 8, 2016

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

{00969655;1}