UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FIRST 100, LLC,<br><br>                Plaintiff,<br>v.<br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>                Defendants. | Case No. 2:15-cv-01303-APG-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 45) |

Before the court is Charles Peterson, Jason Martinez, Neil Durrant and John Wendland of the law office of Weil and Drage, APC's ("Weil & Drage") Motion to Withdraw as Counsel for First 100, LLC on Order Shortening Time (ECF No. 45). The motion represents that plaintiff has failed to fulfill its contractual obligation for fees incurred by Weil & Drage and as such, continued representation is no longer possible. Weil & Drage therefore, seeks leave to withdraw as counsel of record.

A corporation cannot appear except through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993); *Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016). Dismissal of all claims with prejudice is appropriate sanction for a plaintiff entity that fails to retain counsel. *Multi Denominational Ministry of Cannabis & Rastafari, Inc. v. Gonzales*, 474 F. Supp. 2d 1133, 1141 (N.D. Cal. 2007), *aff'd sub nom. Multi-Denominational Ministry of Cannabis & Rastafari, Inc. v. Holder*, 365 F. App'x 817 (9th Cir. 2010).

This case is currently stayed pursuant to an order entered August 17, 2016 by the district judge. The parties have not moved to lift the stay.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Weil & Drage's Motion to Withdraw (ECF No. 45) is **GRANTED**.

1

2. As a corporation cannot appear except through counsel, the plaintiff shall have until **October 6, 2017** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

3. Plaintiff's failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at its last known address:

First 100, LLC
11920 Southern Highland Pkwy., Ste. 200
Las Vegas, NV 89141

(702) 823-3600

DATED this 6th day of September, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE