DARREN T. BRENNER, Esq.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-500
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: rex.garnder@akerman.com
*Attorneys for Defendant and Counterclaimant*
*Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100, LLC,<br><br>               Plaintiff,<br><br>    vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; et al.,<br><br>               Defendants,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal Home Loan Mortgage Corporation,<br><br>               Intervenor. | Case No. 2:15-cv-01303-APG-PAL<br><br>**NOTICE OF DISASSOCIATION** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; et al.,<br><br>               Counterclaimants<br><br>    vs.<br><br>FIRST 100, LLC,<br><br>               Counter-Defendant. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Federal Home Loan Mortgage Corporation., hereby provides notice that Matthew I Knepper, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Federal Home Loan Mortgage Corporation. in this action. All future correspondence and papers in this action should continue to be directed to Darren T. Brenner, Esq. and Rex D. Garner, shall receive all future notices

DATED this 29th day of November, 2017.

**AKERMAN LLP**

/s/ Rex D. Garner
DARREN T. BRENNER, Esq.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant and Counterclaimant*
*Federal Home Loan Mortgage Corporation*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: December 1, 2017

UNITED STATES MAGISTRATE JUDGE

43504115;1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2017 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** addressed to:

Adam R Knecht, Esq.
Kurt R. Bonds, Esq.
**Alverson Taylor Mortensen & Sander**
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149

Asim Varma, Esq.
Howard Cayne, Esq.
Michael A.F. Johnson, Esq.
**Arnold and Porter Kaye Scholer, LLP**
601 Massachusetts Ave., NW
Washington, DC, DC 20001-3743

John D. Tennert, Esq.
Leslie Bryan Hart, Esq.
**Fennemore Craig, P.C.**
300 E. Second St., Ste. 1510
Reno, NV 89501

**First 100, LLC**
2845 Village View Drive 190
Henderson, NV 89074
PRO SE

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

43504115;1

43504115;1