# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| FIRST 100, LLC, | Case No. 2:15-cv-01303-APG-PAL |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING THE PLAINTIFF'S COMPLAINT** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendants. | (ECF No. 54) |

On March 7, 2018, Magistrate Judge Leen issued a report and recommendation in which she recommends that I dismiss plaintiff First 100, LLC's complaint because First 100 has failed to comply with court orders that it obtain counsel and has not kept the court apprised of a current address. First 100 did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Leen's report and recommendation **(ECF No. 54) is accepted**. Plaintiff First 100, LLC's complaint is DISMISSED with prejudice. The defendants' counterclaims remain pending subject to the stay previously entered. *See* ECF No. 42.

DATED this 2nd day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE