# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST 100, LLC,<br><br>Plaintiff<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>Defendants | Case No.: 2:15-cv-01303-APG-PAL<br><br>**Order Lifting Stay, Dismissing Counterclaims, and Directing Judgment Be Entered** |

I previously dismissed plaintiff First 100, LLC's claims, leaving only the defendants' counterclaims as pending, which I stayed. ECF No. 56. The defendants now move to lift the stay and to dismiss their counterclaims without prejudice.

IT IS ORDERED that the motion to lift stay **(ECF No. 57) is GRANTED**. The stay is lifted and the defendants' counterclaims against plaintiff First 100, LLC are dismissed without prejudice.

IT IS FURTHER ORDERED that the clerk of court is instructed to enter judgment in favor of the defendants and against the plaintiff on the claims in the plaintiff's complaint.

DATED this 21st day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE